IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01419-BNB

KIM YOOBANG,

    Applicant,

v.

JAMES FALK, Warden of the Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty days from the date of this order** Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Arapahoe County District Court case number 2002CR2132, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty days from the date the state court record is provided to the Court**, Respondents shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) Within **thirty days** of the filing of the answer Applicant may file a reply, if he desires; and

(4)     The Clerk of the Court is directed to send copies of this Order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

>   Clerk of the Court
>   Arapahoe County District Court
>   7325 S. Potomac St.
>   Centennial, Colorado 80112;
>
>   Court Services Manager
>   State Court Administrator's Office
>   101 W. Colfax, Suite 500
>   Denver, Colorado   80202

DATED at Denver, Colorado, on August 24, 2012.

>   BY THE COURT:
>
>   *s/Craig B. Shaffer*
>   United States Magistrate Judge